# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| BETTER MOUSE COMPANY, LLC, | § | |
| | § | |
| v. | § | Case No. 2:17-CV-00317-JRG-RSP (Lead) |
| | § | |
| RAZER USA LTD. D/B/A RAZER, INC. | § | |

## ORDER

Judge Payne issued a Report and Recommendation, which recommended denying Razer's motion to dismiss for improper venue without prejudice. The Report and Recommendation was filed on August 16, 2017, and the parties had until August 30, 2017, to file any objections. No objections were filed, and the time to do so has now passed. *See* Fed. R. Civ. P. 72(b)(2).

Accordingly,

It is **ORDERED**:

(1) Judge Payne's Report and Recommendation, Dkt. 24, is **ADOPTED**.

(2) Razer's motion to dismiss, Dkt. 18, is **DENIED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 6th day of September, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE